16 July 24, 2024 No. 509

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANTHONY JOSEPH THOMPSON,
*Defendant-Appellant.*

Yamhill County Circuit Court
22CR41718; A181188

Cynthia L. Easterday, Judge.

Submitted June 14, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Bruce A. Myers, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, C. J., and Egan, J.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

After a jury trial, defendant was convicted of throwing away lighted material in a prohibited area, ORS 476.715, and offensive littering, ORS 164.805. The trial court sentenced defendant to 60 days in jail. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Having reviewed the record, including the trial court file, the transcript of the hearings and the jury trial, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).